**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 26, 2020

VIA ECF
Hon. P. Kevin Castel
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   *Smith v. United States*, No. 20 Civ. 6068 (PKC)

Dear Judge Castel:

This Office represents the United States in the above-referenced action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b) *et seq.* The Government writes respectfully to seek a two-week day extension of time, from October 26, 2020, to November 9, 2020, to respond to the complaint, and an adjournment of the conference that is currently scheduled for October 28, 2020, to a date after the answer deadline. We seek this additional time because the Government is in the process of confirming information with the agency, and that information is necessary to respond to the complaint. This is the Government's first request for an extension and an adjournment, and Plaintiff's counsel consents to it.

We thank the Court for its consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *Kirti Vaidya Reddy*
KIRTI V. REDDY
Assistant United States Attorney
Telephone: (212) 637-2751
E-mail: kirti.reddy@usdoj.gov

cc:   (via ECF)
counsel of record

---

*Handwritten annotation by the Court:*

Time to respond to the complaint extended to November 9, 2020. Conference adjourned from October 28 to November 23, 2020 at 11:30 a.m. Access Call-in no. (888) 363-4749, Access Code: 3667981.

SO ORDERED.
/s/ USDJ
10-27-20