```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROWDELLA SMITH                                         :
                                                       :
                Plaintiff,                             :    20 Civ. 6068 (GWG)
                                                       :
        -v.-                                           :    ORDER
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
                Defendant.                             :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Cornelius Redmond has filed a motion to withdraw as counsel for plaintiff, Rodella Smith. (Docket # 44). Accordingly, the Court ORDERS as follows:

     1. Any party wishing to oppose this motion shall file papers in opposition by May 20, 2022 or send a letter to the Court for receipt by that date. Ms. Smith may send a letter to the Court by sending it in pdf form to

Temporary_Pro_Se_Filing@nysd.uscourts.gov

In the alternative, Ms. Smith's response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

     2. A hearing on the motion will take place on June 3, 2022 at 10:00 a.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden

     3. In addition to Mr. Redmond, Ms. Smith is required to dial in to this conference. Other parties are not required to attend. If Ms. Smith fails to dial in, her claims may be dismissed.

     4. Mr. Redmond shall immediately arrange to deliver a copy of this Order and his motion to withdraw to Ms. Smith by (1) email, if available; and (2) regular mail. He shall also thereafter make all reasonable efforts to confirm with Ms. Smith by telephone, text message conversation, email, or in person that these materials were actually received, that Ms. Smith understands that there is a May 20, 2022 deadline for filing any written response to Mr. Redmond's papers, and that Ms. Smith is aware she must dial in to the Court conference on June 3, 2022, at 10:00 a.m.

     5. On or before May 13, 2022, Mr. Redmond shall file with the Court an affidavit or declaration indicating his efforts to comply with paragraph 4 of this Order.

SO ORDERED.

Dated: New York, New York
May 6, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge