UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROWDELLA SMITH                                               :
                                                             :
                Plaintiffs,                                  :    20 Civ. 6068 (GWG)
                                                             :
        -v.-                                                 :
                                                             :    ORDER
UNITED STATE OF AMERICA                                      :
                                                             :
                Defendants.                                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      As stated at a conference held today, the motion of Cornelius Redmond to withdraw (Docket # 44) is granted. The Clerk shall terminate the appearance of counsel and shall amend the docket to reflect that plaintiff is proceeding pro se and that her address is: Rowdella Smith, 1138 Teller Avenue, Apartment 3B, Bronx, New York 10456.

      Mr. Redmond shall provide any original documents and a copy of any filings or discovery to Ms. Smith as soon as possible and no later than June 10, 2022.

      The defendant's pending motions (Docket # 37 and 42) are deemed withdrawn with permission given to the defendant to reinstate them by filing a letter on ECF so requesting.

      Ms. Smith is given until October 3, 2022, to obtain new counsel. If a notice of appearance has not been filed by a new counsel by that date, Ms. Smith shall proceed pro se in this matter. The defendants may at that time seek reinstatement of their motion.

      Mr. Redmond is directed to transmit a copy of this Order to plaintiff.

      SO ORDERED.

Dated: June 3, 2022
       New York, New York

                                                     _____
                                                     GABRIEL W. GORENSTEIN
                                                     United States Magistrate Judge