UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROWDELLA SMITH                                       :

              Plaintiffs,                   :    <u>ORDER</u>

  -v.-                                                       :
                                                                         20 Civ. 6068 (GWG)
UNITED STATES OF AMERICA                     :

              Defendants.                 :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Ms. Rowdella Smith is directed to file a letter with the Court stating whether she intends to pursue this action "pro se" – that is, by representing herself. The letter shall be filed by November 8, 2022. Plaintiff may file the letter by email by sending it in pdf form to **Temporary_Pro_Se_Filing@nysd.uscourts.gov**. In the alternative, the letter may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

       The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

       If Ms. Smith does not file the letter, the case may be dismissed.

       SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                                                            _____
                                                                           GABRIEL W. GORENSTEIN
                                                                            United States Magistrate Judge