```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROWDELLA SMITH                                   :

                Plaintiff,                        :        ORDER

        -v.-                                      :
                                                           20 Civ. 6068 (GWG)
UNITED STATES OF AMERICA,                         :

                Defendant.                        :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

On or before November 23, 2022, defendant (1) shall file a notice pursuant to Local Civil Rule 56.2 and (2) serve that notice along with its previously filed summary judgment papers on plaintiff Rowdella Smith.

Ms. Smith shall file her response to the defendant's summary judgment motion on or before January 20, 2023. The Government shall file any reply by February 3, 2023.

The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                                       _____
                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge