UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROWDELLA SMITH,                                 :

                                    :    <u>ORDER OF DISCONTINUANCE</u>
              Plaintiff,                      20 Civ. 6068 (GWG)
                                    :

  -v.-
                                    :

UNITED STATES OF AMERICA,
                                    :

             Defendant.                :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On November 30, 2020, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated March 20, 2023, the parties have reported to the Court that they have reached a settlement of this matter.

       Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned within 60 days seeking to re-open this matter. Any application to reopen filed after the 60-day period has expired may be denied solely for failure to meet the 60-day deadline.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: March 22, 2023
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge